UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 8, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Dale Reed, ) <br> ) <br> Defendant. ) | Case No. 0895414/CA52 <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY <br><br> 2 08 - CR - 6 6   KJM |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _Dale Reed_ Case _0895414/CA52_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- [x] Release on Personal Recognizance
- [ ] Bail Posted in the Sum of _____
- [ ] Unsecured bond in the amount of.
- [ ] Appearance Bond with 10% Deposit
- [ ] Appearance Bond secured by Real Property
- [ ] Corporate Surety Bail Bond
- [x] (Other) Court supervision; provide all contact info to PTS. Officer Hall (Self, brother, Probation Office)

Issued at _Sacramento, CA_ on _2/8/08_ at _2:51 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge