DANIEL J. BRODERICK, Bar #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DALE KEVIN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 08-0066-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date:   April 24, 2008 |
| ) | Time:   10:00 a.m. |
| DALE KEVIN REED, ) | Judge:  KIMBERLY J. MUELLER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, DALE KEVIN REED by and through his counsel BEN GALLOWAY of the Federal Defenders Office, stipulate that the trial confirmation hearing set for March 27, 2008 and the jury trial set for April 7, 2008 be vacated and a status conference be set for April 24, 2008 at 10:00 a.m.

    This continuance is requested because defense counsel needs additional time to discuss and review the case with the defendant and

1  to conduct further investigation.
2      Speedy trial time is to be excluded from the date of this order
3  through the date of the status conference set for April 24, 2008
4  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
5  (Local Code T4).
6  Dated: March 19, 2008              Respectfully submitted,
7
                                      DANIEL J. BRODERICK
8                                     Federal Defender

9                                     /s/ Ben Galloway
                                      _____
10
                                      BEN GALLOWAY
11                                    Staff Attorney
                                      Attorney for Defendant
12                                    DALE KEVIN REED

13
   Dated:  March 19, 2008             MCGREGOR W. SCOTT
14                                    United States Attorney

15                                    /s/ Matthew Stegman
                                      _____
16                                    MATTHEW STEGMAN
                                      Assistant U.S. Attorney
17
                                **O R D E R**
18

19

20      IT IS SO ORDERED that the trial confirmation and the jury trial is
21  vacated and a status conference is now set for April 24, 2008 at
22  10:00 a.m.
23  IT IS SO ORDERED.
24  Dated: March 24, 2008.
25
                                      _____
26                                    U.S. MAGISTRATE JUDGE

27

28

                                      2