```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BEN GALLOWAY, Bar #14897
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DALE KEVIN REED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 08-0066-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date:  May 29, 2008 |
| ) | Time:  10:00 a.m. |
| DALE KEVIN REED, ) | Judge: KIMBERLY J. MUELLER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, DALE KEVIN REED by and through his counsel BEN GALLOWAY of the Federal Defenders Office, stipulate that the status conference set for April 24, 2008 be continued to May 29, 2008 at 10:00 a.m.

This continuance is requested because parties are awaiting results of laboratory analysis of key evidence and defense counsel needs additional time to discuss and review the case with the defendant and to conduct further investigation.

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for May 29, 2008 pursuant
3 to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local
4 Code T4).

Dated: April 22, 2008            Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ben Galloway
_____
BEN GALLOWAY
Staff Attorney
Attorney for Defendant
DALE KEVIN REED

Dated:  April 22, 2008           MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED that the status conference will now be set for May 29, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 23, 2008.

_____
U.S. MAGISTRATE JUDGE

2