McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
ANTHONY STORM
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-08-00066 KJM |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | EXCLUDABLE TIME PERIODS UNDER |
| v. ) | SPEEDY TRIAL ACT; FINDINGS AND |
| ) | ORDER |
| DALE KEVIN REED, ) | |
| ) | DATE: 07-3-08 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | JUDGE: Hon. Kimberly J. Mueller |

## STIPULATION

Plaintiff United States of America, by and through S. Robert Tice-Raskin, Assistant United States Attorney, together with the defendant, DALE KEVIN REED, by and through his counsel Michael Petrik of the Federal Defenders Office, stipulate to exclude time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)[Local Code T4], from the date this order is approved, until the time of the hearing on July 3, 2008.

This matter was heard at a status conference on May 29, 2008. Defendant requested a briefing schedule in anticipation of filing a motion to suppress. The court granted the defendant's request and set a briefing schedule. The hearing on the motion to suppress was set for July 3, 2008.

1

1  Defense counsel needs time to prepare this motion and
2 otherwise prepare defendant's defense and requests that time be
3 excluded under the Speedy Trial Act pursuant to 18 U.S.C. §
4 3161(h)(8)(b)(iv) [Local Code T4], from the date this order is
5 signed, up to and including the next court appearance on July 3,
6 2008.  The government does not object.
7  The time period from the date of the order to July 3, 2008,
8 inclusive, is deemed excludable pursuant to  18 U.S.C. §
9 3161(h)(8)(b)(iv) [Local Code T4] because it results from a
10 continuance granted by the judge at defendant's request on the
11 basis of the judge's finding that the ends of justice served by
12 taking such action outweigh the best interest of the public and
13 the defendant in a speedy trial.
14  IT IS SO STIPULATED.
15 DATED: May 30, 2008

Respectfully submitted,

McGregor W. Scott
United States Attorney

By: _____[1]
S. ROBERT TICE-RASKIN
Assistant United States Attorney

By: _____
MICHAEL PETRIK, Jr.
Office of the Federal Defender
Attorney for Defendant
Dale Kevin Reed

---

[1] The court acknowledges receipt of the stipulation with both counsels' signatures applied.

ORDER

IT IS SO FOUND[2] AND ORDERED this 4th day of June 2008.

_____
U.S. MAGISTRATE JUDGE

---

[2] An exclusion of time also is appropriate from the time of filing of defendant's motion to the hearing on July 3, 2008, under local code E.  See also 18 U.S.C. § 3161(h)(1)(F).