```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  ANTHONY D. STORM
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-08-066 KJM |
| Plaintiff, ) | Stipulation and Order to Continue Hearing |
| v. ) | Date: August 7, 2008 |
| DALE K. REED, ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between the United States and the defendant, DALE K. REED, by and through his undersigned counsel, to vacate the set hearing date of July 3, 2008, at 10:00 a.m. and continue the briefing schedule as follows:

Government's Response due July 24, 2008, Defendant's Reply, if any, due July 31, 2008, and Motion Hearing on August 7, 2008, 10:00 a.m.

The Government requests this continuance because one of the reporting officers, who is a potential witness, is out of state until approximately July 11, 2008.

It is necessary that our office speak with the officer to adequately respond to the defendant's motion to suppress.

1

The parties are also waiting for a supplemental report to be submitted by Chief Brian Schuman, who also responded to the scene of the incident.

All of the above was related to me by Anthony Storm.

This court previously entered an order to exclude time from June 5, 2008, to July 3, 2008. The parties agree that time may continue to be excluded from the date of this order, to August 7, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), Local Code T4, reasonable time for defense counsel to prepare.

```
DATED: June 20, 2008              McGREGOR W. SCOTT
                                  United States Attorney


                             By:  /s/ S. Robert Tice-Raskin
                                  S. ROBERT TICE-RASKIN
                                  Assistant U.S. Attorney


DATED: June 20, 2008              DANIEL J. BRODERICK
                                  Federal Defender


                             By:  /s/ Michael Petrik Jr.
                                  MICHAEL PETRIK JR.
                                  Staff Attorney
                                  Office of the Federal Defender
                                  Attorney for Defendant
```

O R D E R

IT IS SO ORDERED[1]:

DATED: June 25, 2008.

_____
U.S. MAGISTRATE JUDGE

---

[1] An exclusion of time also is appropriate from the time of filing of defendant's motion to the hearing on July 3, 2008, under local code E. See also 18 U.S.C. § 3161(h)(1)(F).

2