```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
ANTHONY D. STORM
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              ) <br>     Plaintiff,    )<br>              )<br>     v.       )<br>              )<br>DALE K. REED,       )<br>              )<br>     Defendant.    )<br>              )<br>_____) | Cr. No. S-08-066 KJM<br><br>Stipulation and Order to<br>Continue Hearing<br><br>Date: September 18, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

   It is hereby stipulated and agreed between the United States and the defendant, DALE K. REED, by and through his undersigned counsel, to vacate the set hearing date of August 7, 2008, at 10:00 a.m. and continue the briefing schedule as follows:

   Government's Response due September 4, 2008, Defendant's Reply, if any, due September 11, 2008, and Motion Hearing on September 18, 2008, at 10:00 a.m.

   The Government requests this continuance because one of the reporting officers, who is a potential witness, was out of the state until July 11, 2008, and was unable to submit a supplemental report clarifying details of the incident until July 21, 2008. Furthermore Anthony Storm, the certified law clerk assigned to

1

1  this matter, was out of the office from July 9, 2008 to July 21,
2  2008.
3      It was necessary that our office speak with the officer and
4  receive his supplemental report to adequately respond to the
5  defendant's motion to suppress.
6      All of the above was related to me by Anthony Storm.
7      The parties agree that time may continue to be excluded from
8  the date of this order, to September 18, 2008, pursuant to Title
9  18, United States Code, Section 3161(h)(8)(B)(iv), Local Code T4,
10 reasonable time for defense counsel to prepare.
11 DATED: July 23, 2008              McGREGOR W. SCOTT
                                     United States Attorney
12
13                                   By:  /s/ S. Robert Tice-Raskin
                                          S. ROBERT TICE-RASKIN
14                                        Assistant U.S. Attorney
15
16 DATED: July 23, 2008              DANIEL J. BRODERICK
                                     Federal Defender
17
18                                   By:  /s/ Michael Petrik Jr.
                                          MICHAEL PETRIK JR.
19                                        Staff Attorney
                                          Office of the Federal Defender
20                                        Attorney for Defendant

21                          O R D E R
22      Based on the representations of the parties, the court
23 hereby extends the hearing date on the pending motion to suppress
24 to September 18, 2008.  Time between now and the hearing date is
25 excluded under Local Codes E (pending motion to suppress), T1
26 (interests of justice), and T4 (time for both counsel to prepare).
27 DATED:  July 23, 2008.
28
                                     _____
                                     U.S. MAGISTRATE JUDGE

2