```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  ANTHONY D. STORM
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9  UNITED STATES OF AMERICA,     )  Cr. No. S-08-66-KJM
                                  )
10                                )
            Plaintiff,            )  GOVERNMENT'S MOTION TO DISMISS
11                                )  INFORMATION AND ORDER
       v.                         )
12                                )
    DALE KEVIN REED,              )  DATE: September 18, 2008
13                                )  TIME: 10:00 a.m.
            Defendant.            )  JUDGE: Hon. Kimberly J. Mueller
14  _____)
```

15      Pursuant to Rule 48(a) of the Federal Rules of Criminal

16 Procedure, plaintiff United States of America, by and through its

17 undersigned attorney, hereby moves this Honorable Court for an

18 Order dismissing Criminal Number S-08-66-KJM.

19 Dated: August 1, 2008                    McGREGOR SCOTT
                                            United States Attorney
20

21                                   By: /s/ S. Robert Tice-Raskin
                                         S. ROBERT TICE-RASKIN
22                                       Assistant U.S. Attorney

23
                              O R D E R
24
    IT IS SO ORDERED:
25
    DATED: August 7, 2008.
26
27                                   _____
                                     U.S. MAGISTRATE JUDGE
28